No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder; the penalty assessed is confinement in the state penitentiary for a term of 10 years.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court will therefore be affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Burglary is the offense, with punishment assessed at six years in the penitentiary.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

**Alvarez DAVIS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27130.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

**Joe Richard OLIVER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27145.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

